UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RICHARD ELESON, | No. 2:15-cv-0216-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOE A. LIZARRAGA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 7, 2016, the court dismissed plaintiff's complaint with leave to amend. ECF No. 13. On January 21, 2016, plaintiff notified the court that he was withdrawing his complaint unless the court could provide him with copies of exhibits that he had previously sent to the court. ECF No. 16.

Plaintiff is hereby informed that he may obtain copies of documents from the Clerk for $0.50 per page, as his in forma pauperis status does not entitle him to free copies. *See* 28 U.S.C. § 1915; *Tedder v. Odel*, 890 F.2d 210 (9th Cir. 1989). But because this case is only in the pleading stage, plaintiff need not prove his claims with evidence at this time. At this stage, plaintiff is only required to provide notice of his claim through "a short and plain statement." Fed. R. Civ. P. 8(a). By inundating the court with evidence/exhibits at this stage in the proceedings, plaintiff only burdens the court, confuses the record, and delays his lawsuit. If this

1

1 action proceeds to a point where submission of evidence is appropriate, for example, summary
2 judgment or trial, plaintiff will have the opportunity to submit necessary evidence.  But in
3 amending his complaint, plaintiff should simply state the facts upon which he alleges a defendant
4 has violated his constitutional rights and refrain from submitting exhibits.
5     Accordingly, IT IS HEREBY ORDERED that within 30 days, plaintiff shall file an
6 amended complaint in accordance with the court's January 7, 2016 order (ECF No. 13).  Failure
7 to so comply will result in a recommendation of dismissal.
8 DATED:  February 4, 2016.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE